```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Luis Acosta-Reyes

    v.                                                       Case No. 1:23-cv-96-PB-AJ

FCI Berlin


                               ORDER

    No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 10, 2024, and grant the motion for summary judgment (Doc. No. 5). The clerk of court is directed to enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  __/s/Paul Barbadoro_____
                                                  Paul J. Barbadoro
                                                  United States District Judge

Date: February 7, 2024

cc: Luis Acosta-Reyes, pro se
    Counsel of Record